UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOSEPH WAYNE SIMMONS                                                                    PLAINTIFF

v.                                                                          CIVIL ACTION NO. 3:06CV-285-S

PRISON HEALTH SERVICES, INC., et al                                              DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Defendants, Louisville Metro Government and Louisville Metropolitan Department of Corrections move to dismiss certain of the plaintiff's claims for failure to state a claim upon which relief can be granted.

The parties have briefed the issues and the court is fully advised.

Movants request dismissal of the claims against them in paragraph 49 of the plaintiff's complaint inasmuch as said paragraph alleges *respondeat superior* liability. Said motion will be **GRANTED** inasmuch as *respondeat superior* liability is inapplicable to Section 1983 claims.

In addition, the plaintiff's claims against the movants for failing to provide adequate training and proper handling techniques for disabled inmates appear to be grounded in negligence as a basis for alleged denial of constitutional rights in violation of Section 1983. The movants' motion to dismiss those claims will be similarly **GRANTED** as negligent conduct cannot provide a basis for a constitutional tort.

The movants next request dismissal of the plaintiff's state law claims against them on the basis of sovereign immunity. Insofar as the plaintiff's claims against the movants are grounded in

state law and based upon negligence, said claims must be **DISMISSED** on the basis of sovereign immunity.

Last, defendant, Louisville Metropolitan Department of Corrections, seeks dismissal from this action on the basis that it is not a entity capable of being sued. Plaintiff does not contest this and accordingly said defendant is **DISMISSED** from this action.

This is not a final order.

**IT IS SO ORDERED** this

cc:     Counsel of Record